IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Shawn Preston, Eric Davis, Joseph Patterson, John Rando, Jason Tatarewitz, and Ronnie D. Barrett, Jr., for themselves and others similarly situated, | Civil Action No: 0:17-cv-02184-MGL |
| Plaintiffs, | |
| v. | |
| Fluor Enterprises, Inc., | |
| Defendant. | |

**<u>PRELIMINARY APPROVAL ORDER</u>**

This matter is before the Court on the Joint Motion to Approve Collective Action Settlement, filed by Plaintiffs, Shawn Preston, Eric Davis, Joseph Patterson, John Rando, Jason Tatarewitz, and Ronnie D. Barrett, Jr. ("Plaintiffs") and Defendant Fluor Enterprises, Inc. ("Defendant") (collectively the "Parties"), whereby the Parties seek the Court's preliminary approval of the settlement on the terms set forth in the proposed Settlement and Release Agreement.

Having reviewed and considered the Parties' Joint Motion for Preliminary Approval of Collective Action Settlement, the Court hereby orders as follows:

1.      Upon preliminary review, the settlement reached by the Parties, as set forth in the Agreement is fair and reasonable, suffers from no obvious defects, was reached after arm's length negotiations between the Parties, and constitutes a reasonable compromise of the claims and defenses in this matter, subject only to the final approval of the Agreement by this Court;

1

2.	The Court conditionally certifies, as set forth in the Parties' Settlement Release and Agreement ("Agreement"), an FLSA collective action for settlement purposes only;

3.	The Court appoints Shawn Preston, Eric Davis, Joseph Patterson, John Rando, Jason Tatarewitz, and Ronnie D. Barrett, Jr. as the Class Representatives for settlement purposes;

4.	The Court finds that Amy L. Gaffney, of Gaffney, Lewis & Edwards, LLC, and David B. Yarborough, Jr., William E. Applegate, IV, and Christopher J. Bryant, of Yarborough Applegate LLC, are experienced counsel who have provided excellent representation to the Class Members and appoints them as class counsel for settlement purposes;

5.	The Court approves as to form and content the proposed Notice of Lawsuit and Settlement and proposed Consent to Join Form set forth in the Parties' Agreement as reasonable notice practicable under the circumstances and in full compliance with applicable law and orders that said Notice and Consent Forms be sent out to the putative collective action members listed in Schedule B to the Agreement;

6.	A Final Hearing will be held on [75 days after the date of this Order] _____ at _____, in Courtroom _____ of the _____Courthouse; and

7.	All other proceedings in this matter are stayed.

**IT IS SO ORDERED.**

Signed this _____ day of March, 2018, in Columbia, South Carolina.

_____
HON. MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE