# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Shawn Preston, Eric Davis, Joseph Patterson, John Rando, Jason Tatarewitz, and Ronnie D. Barrett, Jr., for themselves and others similarly situated, </br></br>　　　　　　Plaintiffs, </br></br>v. </br></br>Fluor Enterprises, Inc., </br></br>　　　　　　Defendant. | C/A No. 0:17-cv-02184-MGL |

## ORDER OF FINAL APPROVAL OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS

This matter is before the Court on Plaintiffs' Motion for the Court's Approval of Attorneys' Fees and Costs. The Court, having considered the submissions and arguments of counsel at the Final Hearing on June 25, 2018, and for good cause having been shown, rules as follows:

Plaintiffs' attorneys' fees and costs set forth on Schedule C are fair and reasonable given the complexity and magnitude of this case, and further as supported by consideration of the individual Plaintiffs' agreements with counsel. Accordingly, the allocation of attorneys' fees and costs on Schedule C are APPROVED.

**AND IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　s/Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 25, 2018